Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT MCGUCKEN, <br><br> Plaintiff, <br><br> v. <br><br> ONE PLANET GROUP LLC, et al., <br><br> Defendants. | Case No: 2:25-cv-00860-AH-SSC <br> <u>Hon. Anne Hwang Presiding</u> <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff respectfully submits this response to the Court's April 7, 2025, Order to Show Cause filed under docket no. 12 ("Order"). Plaintiff respectfully requests that the Order be discharged or continued for the following reasons:

The Order required Defendant One Panet Group LLC ("One Planet Group") to respond to the operative Complaint by April 2, 2025, and if One Planet Group failed to respond to the Complaint by that date, for Plaintiff to seek entry of default against Global Images pursuant to Fed. R. Civ. P. 55(a).

Plaintiff is diligently prosecuting its case against Defendant One Planet Group and Defendant California.com LLC ("California.com"). Plaintiff attempted service on the registered agent for California.com on March 12, 2025, and successfully served Defendant One Planet Group as evidenced by the proof of service filed on March 18, 2025. Dkt. 11.  Following the service of defendant One Planet Group, counsel for the defendants contacted Plaintiff and the parties agreed to an extension of defendant One Planet Group's answer deadline and waiver of service as to defendant California.com. Plaintiff is currently awaiting execution by defendants' counsel of the waiver of service CV-108 form and stipulation to extend answer deadline.

///

///

2
RESPONSE TO ORDER TO SHOW CAUSE

Given the foregoing, and in the interest of saving costs and fees on both sides, as well as judicial economy, Plaintiff respectfully requests the Order be discharged for at least 30 days for purposes of filing a stipulation of extension of time to answer as to Defendant One Planet Group and waiver of service form as to Defendant California.com.

                                                        Respectfully submitted,

Dated: April 21, 2025        By:   /s/ *Trevor W. Barrett*
                                                      Trevor W. Barrett, Esq.
                                                      Scott A. Burroughs, Esq.
                                                      Andres Navarro, Esq.
                                                      DONIGER / BURROUGHS
                                                      Attorneys for Plaintiff