UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-00860-AH-(SSCx) | Date | May 23, 2025 |
| Title | *McGucken v. One Planet Group LLC et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- Proof of Service of Summons and Complaint (for Defendant California.com LLC only);
- Response to the Complaint by Defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a); or
- Application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b).

No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); L.R. 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the **dismissal** of this action.

**IT IS SO ORDERED.**